■ PHYLLIS BUEHLER, Appellant, v STATE FARM INSURANCE COMPANY, Respondent. [667 NYS2d 307] —Appeal by the plaintiff, as limited by her brief, from stated portions of an order of the Supreme Court, Queens County (Dye, J.), dated August 1, 1996.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Dye at the Supreme Court. Rosenblatt, J. P., Miller, Copertino and Pizzuto, JJ., concur.